United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELHAMID DOUNANE,<br>Plaintiff,<br>v.<br>LGCY POWER, LLC,<br>Defendant. | Case No. 25-cv-04720-TLT<br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE AS MODIFIED**<br>Alameda County Superior Court, 25CV116829<br>Re: Dkt. No. 46 |

Having considered the Parties' Joint Stipulation for Voluntary Dismissal Without Prejudice and Preservation of Rights, and good cause appearing, it is hereby **ORDERED** as follows:

1. This action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a), subject to the terms and conditions set forth in the Parties' Joint Stipulation and this Order.
2. The applicable statute(s) of limitations for the putative class action claims alleged in this federal court action against Defendant LGCY Power, LLC ("Defendant") shall be tolled during the period between the voluntary dismissal of this action and the filing of the planned Amended PAGA Complaint to be filed in the state court action captioned Abdelhamid Dounane v. LGCY Power, LLC et al., Alameda County Case No. 25CV133793 (the "PAGA Action").
3. In addition, the class period for the putative class action claims asserted in this action against Defendant, which claims against Defendant shall be added to the PAGA Action through an amended complaint, will not be altered or affected by the voluntary dismissal of this action and the filing of the Amended PAGA Complaint in the PAGA Action.

United States District Court
Northern District of California

4. That said, Defendant reserves all of its other rights with respect to contesting class certification and limiting the scope of any alleged class period in the PAGA Action or any other case (e.g., Defendant reserves the right to argue that no class should ever be certified in the PAGA Action and even if some class were to be certified a release from a prior class action settlement limits the scope of any class period).
5. All discovery conducted in this federal court action, including but not limited to any written discovery, document productions, deposition notices, and all related meet and confer efforts, shall be preserved and may be used in the PAGA Action.
6. Defendant shall not remove the amended PAGA Action, or any subsequent amended complaint filed therein that includes putative class action claims and allegations against Defendant, to federal court so long as the claims are limited to those that were alleged against Defendant in this case.
7. As such, the federal court does not retain jurisdiction over this matter. All further proceedings shall take place in the related case: Alameda County Superior Court 25CV133793.

This order resolves ECF 46.

All future dates are hereby **VACATED**. The clerk of the court is ordered to close and terminate the matter.

IT IS SO ORDERED.

Dated: July 20, 2026

TRINA L. THOMPSON
United States District Judge